FILED
2007 Aug-02 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership, et al., } } } } | |
| } | CIVIL ACTION NO. |
| Plaintiffs, } | 06-AR-2024-NE |
| } | |
| v. } | |
| } | |
| JOHNNY JACKSON, } } | |
| Defendant. } | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On July 10, 2007, the magistrate judge to whom the above case was assigned, entered a report and recommendation setting forth the procedural posture of the case and recommending the entry of default judgment against defendant. The report concluded with an express notice that written objections must be filed within fifteen (15) days, and that without objections any factual findings cannot thereafter be attacked. More than fifteen (15) days having elapsed, and no party having filed a written objection, the court hereby ACCEPTS the report and recommendation of the magistrate judge and ADOPTS all findings and conclusions contained therein.

A separate judgment will be entered.

DONE this 2nd day of August, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

Case 5:06-cv-02024-WMA   Document 13   Filed 08/02/07   Page 2 of 2